IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TOKIO MARINE AND FIRE INSURANCE CO., LTD.

    Plaintiff

vs.

CIVIL NO. 96-2073(SEC)

INTERNATIONAL SHIPPING AGENCY, INC.; VAN STORAGE AND SERVICES, INC.; PUERTO RICO ELECTRIC POWER AUTHORITY; AMERICAN INTERNATIONAL INSURANCE CO.; ABC UNKNOWN DEFENDANTS and XYZ INSURANCE COMPANIES

    Defendants

---

**MOTION SUBMITTING DOCUMENTS UNDER SEAL
IN ACCORDANCE WITH CONFIDENTIALITY AGREEMENT**

TO THE HONORABLE COURT:

    NOW COMES the plaintiff Tokio Marine and Fire Insurance Co., Ltd. ("Tokio Marine") through its undersigned attorneys and respectfully SETS FORTH:

    1. On April 17, 1999, plaintiff forwarded to counsel for defendant PREPA a confidentiality agreement letter which is attached as EXHIBIT "A" to this Motion.

DATE: 12-X-99
GRANTED.

Salvador E. Casellas
U.S. District Judge.