# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Tokio Marine and Fire Insurance Co., Ltd.
Plaintiff(s)

vs.                                          Civil No. 96-2073 (SEC)

International Shipping Agency, Inc, et al.
Defendant(s)

RECEIVED & FILED
1999 SEP 14 AM 8:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

## DESCRIPTION OF MOTION

DATE FILED: 9/2/99   DOCKET: 94   TITLE: Motion Assuming Legal Representation

[ ] Plaintiff(s)   [ ] Third Party Defendant(s)

[✓] Defendant(s)

DISPOSITION:

[✓] GRANTED                    [ ] DENIED

[ ] NOTED                       [ ] MOOT

## ADDITIONAL COMMENTS:

13 IX 99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE