UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

CIVIL CASE NO: 96-2073(SEC)  DATE: September 14, 1999

| TOKIO MARINE AND FIRE INSURANCE CO., LTD.<br><br>Plaintiff<br><br>v.<br><br>INTERNATIONAL SHIPPING AGENCY, INC., et al.<br><br>Defendants | Attorneys: | Antonio M. Bird, Jr.<br><br>Vanessa Viera<br>Lionel Santa Crispín<br>Arturo Díaz Angueira<br>Roberto Feliberti |
|---|---|---|

### STATUS CONFERENCE

The Pretrial and Settlement conference set for today was turned into a status conference. Present were attorneys for plaintiff, Tokio Marine and Fire Insurance Co., Ltd., and for defendants Van Storage and Services, Inc. and Puerto Rico Electric Power Authority.

Parties discussed outstanding discovery disputes. Counsel for the parties shall file a written joint report outlining their proposed discovery plan **by October 8, 1999**. This report shall substantially conform to Federal Rules of Civil Procedure Appendix Form 35, Paragraph 3, included here as **Exhibit A.**

The Court **granted a final 90-day discovery period** for the conclusion of all pending discovery. Discovery shall thus be concluded by **December 15, 1999**. On **December 15, 1999** parties shall also submit their Joint Amended Pretrial Order.

A status conference was **set for Monday, November 8, 1999 at 4:30 p.m.**

SALVADOR E. CASELLAS
U.S. District Judge



# EXHIBIT A – Fed.R.Civ.P. Appendix of Forms, Rule 35

**Discovery Plan**

The parties jointly propose to the court the following discovery plan: [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

Discovery will be needed on the following subjects: (brief description of subjects on which discovery will be needed)

All discovery commenced in time to completed by (date). [Discovery on (issue for early discovery) to be completed by (date).]

Maximum of ___ interrogatories by each party to any other party. [Responses due ___ days after service.]

Maximum of ___ requests for admission by each party to another party. [Responses due ___ days after service.]

Maximum of ___ depositions by plaintiff(s) and ___ by defendant(s).

Each deposition [other than of _____] limited to maximum of ___ hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due (time(s) or interval(s)).