# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Tokio Marine and Fire Insurance Co., Ltd.
Plaintiff(s)

vs.   Civil No. 96-2073 (SEC)

International Shipping Agency, Inc., et al.
Defendant(s)

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
99 SEP 28 AM 7:58

## DESCRIPTION OF MOTION

DATE FILED: 9/20/99   DOCKET: 102   TITLE: Motion for Brief Extension

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## ADDITIONAL COMMENTS:

Until October 1, 1999.

9/27/99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE