# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Tokio Marine and Fire Insurance Co., LTD.
**Plaintiff(s)**

International Shipping Agency Inc., et. al.
**Defendant(s)**

Civil No. 96-2073 (SEC)

RECEIVED & FILED
1999 OCT 15 AM 11:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## DESCRIPTION OF MOTION

DATE FILED: Oct. 1, '99   DOCKET #: 106   TITLE: Motion for brief stay before ruling on attorneys fees is issued.

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

## DISPOSITION:

[ ] GRANTED   [ ] DENIED

[ ] NOTED   [X] MOOT

## COMMENTS

The parties shall inform the court within 10 days of this order about the status of settlement negotiations

October 14, 1999
**DATE**

SALVADOR E. CASELLAS
United States District Judge

5

