# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

TOKIO MARINE AND FIRE
INSURANCE CO., LTD.,
     Plaintiff,

       v.

INTERNATIONAL SHIPPING AGENCY,
INC., ET. ALS.,
     Defendant(s)

**Civil No. 96-2073 (SEC)**

RECEIVED & FILED
99 OCT 19 AM 8 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER

| MOTION | RULING |
| --- | --- |
| **Docket #107**<br>**MOTION REQUESTING LEAVE TO FILE JOINT DISCOVERY PLAN** | **Granted.** |
| **Docket #109**<br>**JOINT MOTION REGARDING THE PARTIES' DISCOVERY PLAN AND OTHER MATTERS** | As to paragraph one (1) of the joint motion: **Noted.**<br>As to paragraph two (2): **Granted**, until October 29, 1999.<br>As to paragraph three (3): **Noted**, however the parties are warned that no further extensions of time for discovery will be granted at this stage of the proceedings.<br>As to paragraph four (4): **Noted.**<br>As to paragraph five (5): **Noted.**<br>As to paragraph six (6): **Granted** as to clause (a), plaintiff is relieved of the obligation to answer interrogatories sent by PREPA. As to clause (b), **noted.** As to clause (c), **noted.** |

DATE: October 15, 1999

SALVADOR E. CASELLAS
United States District Judge

