UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

CIVIL CASE NO: **96-2073 (SEC)**          DATE: November 8, 1999

| | |
|---|---|
| TOKIO MARINE & FIRE INSURANCE | Attorneys: |
| Plaintiff | Antonio Bird, Jr., Esq. |
| v. | |
| | René Pinto Lugo, Esq. |
| INTERNATIONAL SHIPPING, et. als. | Arturo Díaz Angueira, Esq. |
| | Frank Zorrilla Maldonado, Esq. |
| Defendants | Vanessa Viera, Esq. |

**STATUS CONFERENCE**

A status and settlement conference was **held** in Chambers today with counsel for the plaintiff and defendants present.

The parties informed the Court about both the discovery and settlement efforts they had been doing regarding this case. With regards to plaintiff's sealed motion requesting the entry of default against co-defendant PREPA **(Docket # 115)**, it is held **in abeyance**. The Court finds that the discovery issue raised by the plaintiff in said motion is different from the one that had been at issue before this Court previously. The Court does not find defendants' counsel in contempt of the September 14, 1999 order compelling the production of documents and discovery. The Court further finds that the discovery issue now raised by the plaintiffs is of a nature that can be solved by the parties through a good faith coordination between counsels.

In regards to the possibility of reaching a settlement, the parties expressed that they had been doing a *bona fide* effort to arrive at lump sum to dispose of the case. At counsels' request, this Judge met with each side separately and explored the merits of their case respectively, as well as the amount their clients would be willing to settle for, or had already approved of in order to settle the case. Defendants' counsel expressed that combined, their clients were willing to settle for $400,000. The plaintiff's attorney expressed that his client had already approved the sum of $500,000.00. With the advice of this Court, counsel for all parties agreed to recommend to their respective clients the amount of $450,000.00 for settling the case.

Finally, this Court ordered the stay of all discovery proceedings until next Monday, November 15, 1999, pending the parties' approval of the amount agreed to by counsel today.

SALVADOR E. CASELLAS
U.S. District Judge