IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| TOKIO MARINE AND FIRE INSURANCE CO., LTD. | \* |
| Plaintiff | \* |
| v. | Civil No. 96-2073(SEC) |
| INTERNATIONAL SHIPPING AGENCY, INC., et. al. | \* |
| Defendants | \* |

## JUDGEMENT

On December 9, 1999 the parties filed a "Joint Stipulation for Dismissal of Action with Prejudice" **(Docket #127)**. The Court finds that this motion complies with Fed. R. Civ. P. 41(a)(1)(ii) regarding voluntary dismissal, and therefore the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** without the imposition of costs or attorneys' fees. Judgement is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _10_ day of December, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)